THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

**MEMORANDUM ENDORSED**

November 16, 2022

*Via* ECF

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2022
```

Re:   *United States v. Christopher Santos,* 22 Cr. 522 (GHW)

Dear Judge Woods,

I move the Court modify the conditions of Mr. Santos's home confinement to allow him to visit his mother for Thanksgiving on November 24, 2022, from 4pm to 9pm in the Bronx, New York. Mr. Santos lives in upper Manhattan.

The government has deferred to Pretrial Services with respect to this request and Pretrial Services has expressed that its general policy is to oppose all leave requests for social purposes for defendants subject to home incarceration. Thanksgiving is a special time of year and Mr. Santos would only be away from his home for approximately five hours close by in the Bronx, New York.

Mr. Santos has recently been in full compliance with his release conditions.

Respectfully submitted,

/s/

César de Castro

Application granted. The conditions of Mr. Santos's pretrial release are modified as follows: the defendant may leave his residence on Thanksgiving Day, November 24, 2022, to visit his mother in the Bronx, New York. Mr. Santos must travel directly to and return directly from her home and he is not permitted to deviate from the direct route of travel. He may not visit any other location. Mr. Santos may leave his home at 4:00 p.m. and must return to the home by no later than 9:00 p.m. All other conditions of Mr. Santos's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: November 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge