```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                        -v-                                  :
                                                             :
                                                             :
    CHRISTOPHER SANTOS,                                      :
                                                             :
                            Defendant.                       :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

1:22-cr-522-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for January 27, 2023 will instead take place on January 17, 2023 at 4:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 22, 2022

_____
GREGORY H. WOODS
United States District Judge