THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

## MEMORANDUM ENDORSED

December 21, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2022

*Via* **ECF**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

     *Re: United States v. Christopher Santos*, 22 Cr. 522 (GHW)

Dear Judge Woods,

We write, with the consent of the government and Pretrial Services, to request a modification of Mr. Santos's bail conditions to include a curfew rather than home detention, and permit him to obtain employment. Currently, the conditions of Mr. Santos's release only allow him to leave his home for dialysis, other medical appointments, and to meet with counsel. Mr. Santos would like to use his time on Pretrial Supervision productively and seek and obtain employment. As noted above, both the government and Pretrial Services consent to this request with the caveat that Mr. Santos not obtain overnight employment.

Accordingly, we respectfully request that the court modify Mr. Santos's conditions of release to permit him to seek and obtain employment and that his home confinement be replaced with a curfew (the hours decided at the discretion of Pretrial Services).

Respectfully submitted,

/s/

César de Castro

cc: All Parties (*via* ECF)

Application denied. This application provides insufficient justification for the proposed modification of the conditions of Mr. Santos's pretrial release. The application appears not to describe accurately the conditions of Mr. Santos's pretrial release. Counsel states that "the conditions of Mr. Santos's release only allow him to leave his home for dialysis, other medical appointments, and to meet with counsel." This representation to the Court seems to be inconsistent with the release conditions described in Dkt. No. 4 at ECF page 5. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.
SO ORDERED.
Dated: December 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge