```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-                                  1:22-cr-522-GHW

    CHRISTOPHER SANTOS,                   ORDER

                            Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On December 23, 2022, the Court received an email from Mr. Santos requesting a modification of the conditions of his pre-trial release. The Court provided counsel the opportunity to request redactions to the email, and because no such request was made, docketed the email in full at Dkt. No. 17.

      The Court does not expect to respond to Mr. Santos's email. "There is no constitutional right to hybrid representation . . . ." *United States v. Schmidt*, 105 F.3d 82, 90 (2d Cir. 1997). Mr. Santos has counsel. On December 22, 2022, the day before Mr. Santos's email, the Court denied an application by Mr. Santos's counsel to modify the conditions of Mr. Santos' pre-trial release. *See* Dkt. No. 16. Because Mr. Santos is represented, and his counsel made substantially the same application to the Court a day before, there is no reason for the Court to entertain a separate application by Mr. Santos. As a result, the Court expects to take no action with respect to Mr. Santos's December 23, 2022 email.

      SO ORDERED.

Dated: December 29, 2022

                                                        _____
                                                            GREGORY H. WOODS
                                                        United States District Judge