| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>    UNITED STATES OF AMERICA,<br><br>                  -v-<br><br>    CHRISTOPHER SANTOS,<br><br>                          Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/14/2023<br><br>1:22-cr-522-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    A bail review hearing with respect to defendant Christopher Santos is scheduled for March 15, 2023, at 4:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 14, 2023
New York, New York

                                                                 _____
                                                                   GREGORY H. WOODS
                                                            United States District Judge