# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

September 5, 2023

*Via* ECF

The Honorable Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *United States v. Christopher Santos,* 22 Cr. 522 (GHW)

Dear Judge Woods:

Mr. Santos has a status conference in the aforementioned case scheduled for September 6, 2023. We unfortunately have a final pretrial conference scheduled for the same time before Judge Furman in *United States v. Schulte,* 17 Cr. 548 (JMF). Donald duBoulay, Esq., counsel for Jerial Abreu, has agreed to stand in for us. Mr. Santos has been informed as well and consents to having Mr. duBoulay stand in in our absence.

Accordingly, we respectfully request that Mr. duBoulay be permitted to appear on the undersigned behalf at the September 6, 2023 status conference.

                                      Respectfully submitted,

                                      /s/

                                      César de Castro
                                      Shannon McManus

Cc: All parties (*via* ECF)

Application granted. Understanding that Mr. duBoulay will be standing in for counsel with Mr. Santos' consent, the appearance of Messrs. de Castro and McManus at the September 6, 2023 conference is excused. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 216.
SO ORDERED.
Dated: September 5, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge