USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                                :

UNITED STATES OF AMERICA
                                                :   22 Cr. 522-1 (GHW)

   -against-                                 :   <u>ORDER</u>
                                                :

Christopher Santos
                                                :

       Defendant
                                              :
-------------------------------------X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to permit the removal of the defendant's GPS ankle monitor for an impending medical procedure to be re-installed by Pretrial Services as soon as practicable thereafter.

    Dated: New York, New York
          January <u>24</u>, 2024

                                      SO ORDERED:

                                      _____
                                      GREGORY H. WOODS
                                      United States District Judge