THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2024

May 8, 2024

*Via* **ECF**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

*Re: United States v. Christopher Santos*, 22 Cr. 522 (GHW)

Dear Judge Woods,

We write to request a modification of Mr. Santos's bail conditions to include a curfew rather than home detention, the hours of which to be set at the discretion of Pretrial Services. Mr. Santo's current bail conditions do not permit him to work. *See* ECF No. 4 at 6. The above modification would permit Mr. Santos to seek and obtain employment and work once he secures that employment. Mr. Santos is currently working with a job coach to find work, and has otherwise complied with all conditions of pretrial release since the Court admonished him on July 18, 2023, nearly a full year ago. Pretrial Services has no objection to this request, and the government defers to Pretrial Services.

Accordingly, we respectfully request that the court modify Mr. Santos's conditions of release to permit him to seek and obtain employment and that his home confinement be replaced with a curfew, the hours of which set at the discretion of Pretrial Services.

Respectfully submitted,

/s/

César de Castro

cc: All Parties (*via* ECF)

---

Application granted in part. The conditions of Mr. Santos' pretrial release are modified as follows: the last two additional condition of pretrial release are deleted. Those deleted conditions appear on page 6 of Dkt. No. 4 and read as follows: "DEFT HAS PERMISSION TO LEAVE THE HOME FOR COURT, ATTORNEY MEETINGS, MEDICAL APPOINTTMENTS [SIC] AND DRUG TREATMENTS; THE DEFT DOES NOT HAVE PERMISSION TO WORK OR TO ATTEND SCHOOL AT THIS POINT." All other conditions of the defendant's pretrial release remain in full force and effect, including the standard home detention condition.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 320.
SO ORDERED.

Dated: May 8, 2024
New York, New York

GREGORY H. WOODS
United States District Judge