# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

## MEMORANDUM ENDORSED

June 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2024

*Via* **ECF**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

*Re: United States v. Christopher Santos*, 22 Cr. 522 (GHW)

Dear Judge Woods,

We write to request a temporary modification of Mr. Santos's bail conditions to allow him to attend his younger brother's graduation on June 25, 2024, at 10:00 a.m. in the Bronx, New York. Mr. Santos is currently on home detention with electronic monitoring. Pretrial Services has been made aware of Mr. Santos's request and the address of his brother's graduation, and has stated that its policy is to object to social requests. The government defers to Pretrial Services.

Accordingly, we respectfully request that the court temporarily modify Mr. Santos's conditions of release to permit him to attend his younger brother's graduation on June 25, 2024.

Respectfully submitted,

/s/

César de Castro

cc: All Parties (*via* ECF)

Application granted. The condition of Mr. Santos' pretrial release are modified as follows: Mr. Santos may leave his home to attend his brother's graduation on June 25, 2024. The defendant must provide Pretrial Services the location of the graduation and must provide Pretrial Services any information requested by Pretrial Services regarding the duration of the graduation and his plans to travel to and from the graduation. Mr. Santos must travel directly to and return directly from the graduation; no deviations are permitted. All other conditions of the defendant's pretrial release, including the limitation on contact with his co-defendants, remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 358.

SO ORDERED.
Dated: June 21, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge