```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    22 Cr. 522-1 (GHW)
                                    :
     -against-                      :    ORDER
                                    :
Christopher Santos                  :
                                    :
          Defendant                 :
                                    :
-----------------------------------X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to include

mental health evaluation/treatment as directed by Pretrial

Services.

          Dated: New York, New York
               July 12, 2024


                         SO ORDERED:



                         _____
                         GREGORY H. WOODS
                         United States District Judge