```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :
                -against-                  :
                                           :
CHRISTOHPER SANTOS,                        :          1:22-cr-522-GHW-1
                                           :
                        Defendant.         :          ORDER
------------------------------------------------------------- X
```

USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 12/2/2024

GREGORY H. WOODS, United States District Judge:

    A proceeding in this matter will take place on December 5, 2024 at 12:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Santos and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: December 2, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge