UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

CHRISTOPHER SANTOS,

                      Defendant.

---------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/3/2024

1:22-cr-522-GHW-1

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

       The bail hearing currently scheduled for December 5, 2024 at 12:00 p.m. is rescheduled. The hearing will take place on December 5, 2024 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

       SO ORDERED.

Dated: December 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge