```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   22 Cr. 522-1 (GHW)
       -against-                      :
                                      :   ORDER
Christopher Santos                    :
                                      :
       Defendant                      :
                                      :
-------------------------------------X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to allow Pretrial Services to remove the defendant's GPS ankle monitor on March 14, 2025, in preparation for his surrender to the Bureau of Prisons scheduled for March 17, 2025.

    Dated: New York, New York
           March 13, 2025

                              SO ORDERED:

                              _____
                              GREGORY H. WOODS
                              United States District Judge