THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2025

## MEMORANDUM ENDORSED

April 1, 2025

*Via* **ECF**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

        *Re: United States v. Christopher Santos*, 22 Cr. 522 (GHW)

Dear Judge Woods,

As the Court is aware, Mr. Santos was sentenced on January 21, 2025, and is now serving his sentence at FMC Devens. We write to request that the Court enter an order for the release of Mr. Santos's passport, currently in the possession of Pretrial Services, to the undersigned. Pretrial Services has informed us that an order from the Court is necessary for it to be released.

Respectfully submitted,

/s/

César de Castro
Shannon McManus

cc: All Parties (*via* ECF)

---

Application granted. Pretrial Services may return Mr. Santos' passport to Mr. de Castro or his designated representative.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 754.
SO ORDERED.
Dated: April 2, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge